**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Samuel R. Nicol Jr, aka Samuel R. Nicol Brandi L. Nicol aka Brandi L. Shaub, aka Brandi L. Schaub-Nicol<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-12143 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Reliance First Capital, LLC and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
PA Eastern BK
01 Jul 2024, 13:58:30, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322