IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| SAMUEL R. NICOL, JR. and | : | Case 24-12143 |
| BRANDI L. NICOL, | : | |
| Debtors | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 9007, and 9010, and 11 U.S.C. § 102(1) and § 1109(b), and all other applicable law, the undersigned, as counsel of record for Spirit Financial Credit Union, a creditor of the above-named debtor and a party-in-interest in the above-captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served in this case, be given and served upon the undersigned at the following office address and phone number and index same on the master mailing list:

**John A. Torrente, Esquire**
**Begley, Carlin & Mandio, LLP**
**680 Middletown Boulevard**
**Langhorne, PA  19047**
**Telephone:  (215) 750-0110**
**Facsimile:  (215) 750-0954**
**jtorrente@begleycarlin.com**

The foregoing request includes not only the notices and papers referred to within the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, delivery, telephone, telegraph, telex, fax, or otherwise filed or made regarding all proceedings therein.

BEGLEY, CARLIN & MANDIO, LLP

Dated:  July 26, 2024                    By: /s/ John A. Torrente
                                          John A. Torrente, Esquire
                                          Attorney for Spirit Financial Credit Union