UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    SAMUEL R. NICOL, JR.
    BRANDI L. NICOL

                Debtors

Chapter 13
Bankruptcy No.24-12143-PMM

<u>CERTIFICATE OF SERVICE</u>

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the

above-referenced case has been served this 19th day of September, 2024, by first class mail upon

those listed below:

SAMUEL R. NICOL, JR.
BRANDI L. NICOL
16 THALIABUSH LANE
LEVITTOWN, PA  19054

**<u>Electronically via CM/ECF System Only:</u>**

DIANA M DIXON ESQUIRE

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                              */s/ Kenneth E. West, Esq.*
                              Kenneth E. West, Esq.
                              Standing Chapter 13 Trustee