IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brandi L. Nicol aka Brandi L. Shaub, aka Brandi L. Schaub-Nicol<br>　　　　Samuel R. Nicol Jr, aka Samuel R. Nicol<br><div align="center">**Debtor(s)**</div><br>Reliance First Capital, LLC<br><div align="center">**Moving Party**</div><br>　　　vs.<br><br>Brandi L. Nicol aka Brandi L. Shaub, aka Brandi L. Schaub-Nicol<br>Samuel R. Nicol Jr, aka Samuel R. Nicol<br><div align="center">**Debtor(s)**</div><br>Kenneth E. West<br><div align="center">**Trustee**</div> | CHAPTER 13<br><br>NO. 24-12143 PMM<br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this __13th__ day of __November__, 2024 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge