United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-12143-pmm

Samuel R. Nicol, Jr.  Chapter 13

Brandi L. Nicol

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 13, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel R. Nicol, Jr., Brandi L. Nicol, 16 Thaliabush Lane, Levittown, PA 19054-2902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Reliance First Capital LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Joint Debtor Brandi L. Nicol dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Debtor Samuel R. Nicol Jr. dianamdixonesq@gmail.com |
| JOHN A. TORRENTE | on behalf of Spirit Financial Credit Union jtorrente@begleycarlin.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brandi L. Nicol aka Brandi L. Shaub, aka Brandi L. Schaub-Nicol<br>Samuel R. Nicol Jr, aka Samuel R. Nicol<br>Debtor(s) | CHAPTER 13 |
| Reliance First Capital, LLC<br>Moving Party<br>vs. | NO. 24-12143 PMM |
| Brandi L. Nicol aka Brandi L. Shaub, aka Brandi L. Schaub-Nicol<br>Samuel R. Nicol Jr, aka Samuel R. Nicol<br>Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>Trustee | |

## ORDER

AND NOW, this  13th  day of  November , 2024 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge