## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Samuel R. Nicol, Jr., | : | Chapter 13 |
| | : | |
| | : | Case No. 24-12143  PMM |
| | : | |
| Debtor. | : | |

### O R D E R

**AND NOW**, upon consideration of the Motion for Relief ("the Motion") (doc. # 38) and the Response thereto (doc. #43);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **February 7, 2025**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date:  1/7/25**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE