IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: SAMUEL R. NICOL, JR.         )<br>　　　　BRANDI L. NICOL              )<br>　　　　**Debtor(s)**                     )<br>                                     )<br>SANTANDER CONSUMER USA INC.          )<br>　　　　**Moving Party**                 )<br>                                     )<br>　　　　v.                              )<br>                                     )<br>SAMUEL R. NICOL, JR.                 )<br>BRANDI L. NICOL                      )<br>　　　　**Respondent(s)**                )<br>                                     )<br>KENNETH E. WEST                      )<br>　　　　**Trustee**                      )<br>　　　　　　　　　　　　　　　　　　　　 ) | CHAPTER 13<br><br>CASE NO. 24-12143 (PMM)<br><br>HEARING DATE: **1-8-25 at 1:00 PM**<br><br><br>11 U.S.C. 362 |

## ORDER APPROVING STIPULATION

　　　IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about January 30, 2025 in the above matter is APPROVED.

Dated: **February 3, 2025**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE