United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12143-pmm |
| Samuel R. Nicol, Jr. | Chapter 13 |
| Brandi L. Nicol | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 04, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel R. Nicol, Jr., Brandi L. Nicol, 16 Thaliabush Lane, Levittown, PA 19054-2902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025                   Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Reliance First Capital LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Samuel R. Nicol Jr. dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Joint Debtor Brandi L. Nicol dianamdixonesq@gmail.com |
| JOHN A. TORRENTE | on behalf of Spirit Financial Credit Union jtorrente@begleycarlin.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REGINA COHEN | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: SAMUEL R. NICOL, JR. ) | |
| BRANDI L. NICOL ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 24-12143 (PMM) |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | |
| ) | HEARING DATE: **1-8-25 at 1:00 PM** |
| v. ) | |
| ) | |
| SAMUEL R. NICOL, JR. ) | 11 U.S.C. 362 |
| BRANDI L. NICOL ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about January 30, 2025 in the above matter is APPROVED.

Dated: **February 3, 2025**

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE