*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Samuel R. Nicol Jr. ) | Case No. 24–12143–pmm |
|   aka Samuel R. Nicol ) | |
| ) | |
|   Brandi L. Nicol ) | Chapter: 13 |
|   aka Brandi L. Shaub ) | |
|   aka Brandi L. Schaub–Nicol ) | |
|    Debtor(s). | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 18, 2025

                                                                         For The Court

                                                                         Patricia M. Mayer
                                                                         Judge, United States Bankruptcy Court