United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12143-pmm |
| Samuel R. Nicol, Jr. | Chapter 13 |
| Brandi L. Nicol | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 19, 2025 | Form ID: 155 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel R. Nicol, Jr., Brandi L. Nicol, 16 Thaliabush Lane, Levittown, PA 19054-2902 |
| 14899840 | + | Credit Corp Solutions, Inc. (Milestone), 121 W. Election Road, Suite 200, Draper, UT 84020-7766 |
| 14899842 | + | DigniFi, 10800 NE 8th Street, Suite 210, Bellevue, WA 98004-8574 |
| 14910233 | + | John A. Torrente, 680 Middletown Blvd, Langhorne, PA 19047-1817 |
| 14957459 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14899864 | + | Spirit Financial Credit Union, 8535 New Falls Road, Levittown, PA 19054-1601 |
| 14911495 | + | Spirit Financial Credit Union, c/o John A. Torrente, Esquire, Begley, Carlin & Mandio, LLP, 680 Middletown Boulevard, Langhorne, PA 19047-1817 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14899963 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:41:26 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14912536 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:41:54 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14899962 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:42:32 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14899833 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 20 2025 02:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14899834 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:42:37 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14899835 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:43:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14899836 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:42:35 | Capital One (Cabelas), PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14903634 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 20 2025 02:42:12 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14899837 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2025 02:36:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14899838 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2025 02:36:00 | Comenity Bank (Big Lots), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14899839 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2025 02:36:00 | Comenity Bank (Woman Within)), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14899841 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2025 02:42:24 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14921059 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 20 2025 02:36:00 | Reliance First Capital, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 14899861 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 20 2025 02:36:00 | Reliance First Capital, LLC, Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14902063 | | Email/Text: mrdiscen@discover.com | Feb 20 2025 02:35:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14899843 | + | Email/Text: mrdiscen@discover.com | Feb 20 2025 02:35:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14899845 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 20 2025 02:41:27 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14899844 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 20 2025 02:42:24 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14899848 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 20 2025 02:36:00 | Fortiva Retail Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 14899849 | | Email/Text: argbsref@geico.com | Feb 20 2025 02:36:00 | Geico, PO Box 70775, Philadelphia, PA 19176-0775 |
| 14909407 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 20 2025 02:36:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14899850 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 20 2025 02:36:00 | Hyundai Motor Finance, Customer Service, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14899851 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 20 2025 02:36:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14909718 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2025 02:36:00 | Jefferson Capital System, LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 14913608 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2025 02:36:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14899852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2025 02:41:27 | LVNV Funding, LLC, C/0 Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 14903157 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2025 02:41:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14906573 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2025 02:41:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14925143 | | Email/Text: EBN@Mohela.com | Feb 20 2025 02:36:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14899853 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 20 2025 02:36:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14899855 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 20 2025 02:36:00 | Mercury Card, PO Box 84064, Columbus, GA 31908-4064 |
| 14899856 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2025 02:42:49 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14899858 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 02:36:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 14899859 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 02:36:00 | Midland Credit Management, PO Box 60578, Suite 200, Los Angeles, CA 90060-0578 |
| 14917356 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 02:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14919255 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 20 2025 02:36:00 | New Jersey Turnpike Authority, Ramn de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14909013 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 20 2025 02:36:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14918068 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 20 2025 02:36:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14899860 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 20 2025 02:36:00 | Peco Energy Co., ATTN: Legal Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14903156 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2025 02:42:49 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14909846 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2025 02:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14909847 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2025 02:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14902764 | | Email/Text: bnc-quantum@quantum3group.com | Feb 20 2025 02:36:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 14909240 | | Email/Text: bnc-quantum@quantum3group.com | Feb 20 2025 02:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14904380 | ^ | MEBN | Feb 20 2025 01:52:06 | Reliance First Capital, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14899862 | + | Email/Text: OpsEscalations@RocketLoans.com | Feb 20 2025 02:36:00 | Rocket Loans, 1274 Library Street, 2nd Floor, Detroit, MI 48226-2256 |
| 14908025 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 20 2025 02:36:00 | SANTANDER CONSUMER USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14899863 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 20 2025 02:36:00 | Santander Consumer USA, ATTN: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 14899865 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:38 | Synchrony Bank (Care Credit), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14903526 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 20 2025 02:42:48 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14899866 | + | Email/Text: bnc-thebureaus@quantum3group.com | Feb 20 2025 02:36:00 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14900280 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 20 2025 02:42:54 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14899964 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14899846 | * | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14899847 | * | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14899854 | *+ | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14920267 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14899857 | *+ | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025             Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Reliance First Capital LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Joint Debtor Brandi L. Nicol dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Debtor Samuel R. Nicol Jr. dianamdixonesq@gmail.com |
| JOHN A. TORRENTE | on behalf of Spirit Financial Credit Union jtorrente@begleycarlin.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REGINA COHEN | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 155* (2/24).

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Samuel R. Nicol Jr. | ) | Case No. 24−12143−pmm |
|   aka Samuel R. Nicol | ) | |
| | ) | |
|   Brandi L. Nicol | ) | Chapter: 13 |
|   aka Brandi L. Shaub | ) | |
|   aka Brandi L. Schaub−Nicol | ) | |
|   Debtor(s). | | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 18, 2025                                                                                    For The Court

                                                                                                                    Patricia M. Mayer
                                                                                                                    Judge, United States Bankruptcy Court