# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SAMUEL R. NICOL, JR.<br>aka SAMUEL R. NICOL AND<br>BRANDI L. NICOL<br>aka BRANDI L. SHAUB<br>aka BRANDI L. SCHAUB-NICOL<br><br>                        Debtors<br><br>ALLY CAPITAL<br><br>                        Movant<br><br>vs<br><br>SAMUEL R. NICOL, JR.<br>aka SAMUEL R. NICOL AND<br>BRANDI L. NICOL<br>aka BRANDI L. SHAUB<br>aka BRANDI L. SCHAUB-NICOL, and<br>BROOKE NICOL, Codebtor.<br><br>                        Respondents<br><br>and<br><br>KENNETH E. WEST<br><br>                        Trustee | CHAPTER 13<br><br>CASE NO.: 24-12143-PMM<br><br>STIPULATION RESOLVING ALLY CAPITAL'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY |

### ORDER APPROVING STIPULATION RESOLVING ALLY CAPITAL'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Ally Capital's Motion for Relief from Automatic Stay and Codebtor Stay is approved.

**Date: March 3, 2025**

_____
Patricia M. Mayer
United States Bankruptcy Judge