United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Samuel R. Nicol, Jr.  
Brandi L. Nicol  
    Debtors

Case No. 24-12143-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 03, 2025      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel R. Nicol, Jr., Brandi L. Nicol, 16 Thaliabush Lane, Levittown, PA 19054-2902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2025 03:17:08 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON  
     on behalf of Creditor Reliance First Capital  LLC bkgroup@kmllawgroup.com

DIANA M. DIXON  
     on behalf of Joint Debtor Brandi L. Nicol dianamdixonesq@gmail.com

DIANA M. DIXON  
     on behalf of Debtor Samuel R. Nicol  Jr. dianamdixonesq@gmail.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: pdf900 | Total Noticed: 2 |

JOHN A. TORRENTE
    on behalf of Spirit Financial Credit Union jtorrente@begleycarlin.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

REGINA COHEN
    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SAMUEL R. NICOL, JR.<br>aka SAMUEL R. NICOL AND<br>BRANDI L. NICOL<br>aka BRANDI L. SHAUB<br>aka BRANDI L. SCHAUB-NICOL<br>        Debtors | CASE NO.: 24-12143-PMM<br><br>STIPULATION RESOLVING ALLY CAPITAL'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~ | |
| ALLY CAPITAL<br>        Movant | |
| vs | |
| SAMUEL R. NICOL, JR.<br>aka SAMUEL R. NICOL AND<br>BRANDI L. NICOL<br>aka BRANDI L. SHAUB<br>aka BRANDI L. SCHAUB-NICOL, and<br>BROOKE NICOL, Codebtor.<br>        Respondents | |
| and | |
| KENNETH E. WEST<br>        Trustee | |

## ORDER APPROVING STIPULATION RESOLVING ALLY CAPITAL'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Ally Capital's Motion for Relief from Automatic Stay and Codebtor Stay is approved.

Date: March 3, 2025

_____
Patricia M. Mayer
United States Bankruptcy Judge