# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Samuel R. Nicol, Jr. | Bankruptcy No. 24-12143 |
| And | |
| Brandi L. Nicol | |
| Debtors | Chapter 13 |

## CERTIFICATION OF SERVICE

I, Diana M. Dixon, certify that on June 26, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:.

Documents: First Amended Plan Post Confirmation
        Amended Schedule I
        Amended Schedule J

I certify under penalty of perjury that the above document was sent using the mode of service indicated

Date: June 26, 2025
                          S/Diana M. Dixon, Esquire
                          Diana M. Dixon, Esquire #34808
                          107 N. Broad Street
                          Suite 307
                          Doylestown, PA  18901
                          215-534-1258
                          Email: dianamdixonesq@gmail.com

Mailing List Exhibit (Check all that apply. If via email, include email address.

Name: Kenneth West
Address: 190 Independence Mall West, Suite 701, Philadelphia, PA  19106
Relationship of Party: Standing Chapter 13 Trustee
Via:     ____1st Class Mail         ____Certified Mail         ____Email       __X__CM/ECF

Name: Office of the United States Trustee
Address: Robert N.C. Nix Fed. Cthse, 900 Market Street, Suite 320, Phila., PA  19107
Relationship of Party
Via:     ____1st Class Mail         ____Certified Mail         ____Email       __X__CM/ECF

Name: Samuel R. Nicol, Jr. and Brandi L. Nicol
Address: 16 Thaliabush Lane, Levittown, PA  19054
Relationship of Party: Debtor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name: U.S. Department of Housing and Urban Development
Address: 801 Market Street, Philadelphia, PA  19107
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____CM/ECF

Name: Discover
Address: PO Box 3025, New Albany, OH  43054-3025
Relationship of Party; Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____CM/ECF

Name: Quantum3 Group, LLC as agent for Bureau Investment Group Portfolio No 15
Address: PO Box 788, Kirkland, WA  98083-0788
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name: Pinnacle Credit Services, LLC Resurgent Capital Services
Address: PO Box 10587, Greenville, SC  29603-0587
Relationship of Party: Creditor

Via:    __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: T Mobile/T-Mobile USA, Inc. by AIS Infosource, LP as agent
Address: 4515 N. Santa Fe Avenue, Oklahoma City, OK  73118
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: Capital One
Address: 4515 N. Santa Fe Avenue, Oklahoma City, OK  73118
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: LVNV Funding, LLC Resurgent Capital Services
Address: PO Box 10587, Greenville, SC  29603-0587
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: Merrick Bank/Resurgent Capital Services
Address: PO Box 10368, Greenville, SC  29603-0368
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: Santander Consumer
Address: PO Box 961245, Fort Worth, TX  76161-1245
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: NPRTO North-East, LLC
Address: 256 West Data Drive, Draper, UT  84020
Relationship of Party; Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: Hyundai Capital America DBA Hyundai Motor Finance
Address: PO Box 20809, Fountain Valley, CA  92728
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: Rocket Loans
Address: 1274 Library Street, 2nd Floor, Detroit, MI  48226
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Jefferson Capital System, LLC
Address: PO Box 7999, St. Cloud, MN  56302-9617
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Premier Bankcard, LLC/ Jefferson Capital System, LLC
Address: PO Box 7999, St. Cloud, MN  56302-9617
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Spirit Financial Credit Union
Address: 8535 New Falls Road, Levittown, PA  19054
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Ally Capital c/o AIS Portfolio Services, LLC
Address: 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK  73118
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name: Midland Credit Management, Inc.
Address: PO Box 2037, Warren, MI  48090
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: PECO
Address: 2301 Market Street, 04 NW, Philadelphia, PA  19103-3778
Relationship of Party: Creditor
Via:   __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: New Jersey Turnpike Authority/Ramn de la Cruz, NJ Turnpike Authority

Address: 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ  07095
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name: Mariner Finance, LLC
Address: 8211 Town Center Drive, Nottingham, MD  21236
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name: Reliance First Capital, LLC
Address: 1 Corporate Drive, Suite 360, Lake Zurich, IL  60047-8645
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name: U.S. Department of Education/MOHELA
Address: 633 Spirit Drive, Chesterfield, MO  63005
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name: IRS
Address: PO Box 7346, Philadelphia, PA  19106-7346
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name:
Address:
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other