## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Samuel R. Nicol, Jr. | Bankruptcy No. 24-12143 |
| And | |
| Brandi L. Nicol | |
| Debtors | Chapter 13 |

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtors in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed in regards to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

Date: July 23. 2025                                              S/Diana M. Dixon, Esq.
                                                                                Diana M. Dixon, Esq.