UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Samuel R. Nicol, Jr.   Bankruptcy No. 24-12143
and
Brandi L. Nicol
Debtors   Chapter 13

ORDER

AND NOW, this 24th day of July, 2025 upon consideration of Debtors' Counsel's Application to Approve Supplemental Fee for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fee in the amount of $1,400.00 is Approved for Diana M. Dixon, Esq. in relation to services rendered for modifying the plan post confirmation.

Upon approval of the Supplemental Fee Application, the Trustee shall pay counsel's administrative priority fee in accordance with the modified plan.

By the Court:

*Patricia M. Mayer*

Judge Patricia M. Mayer

U.S. BANKRUPTCY JUDGE