United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-12143-pmm

Samuel R. Nicol, Jr.                                                              Chapter 13

Brandi L. Nicol

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Brandi L. Nicol, 16 Thaliabush Lane, Levittown, PA 19054-2902 |
| | + | Samuel R. Nicol, Jr., 16 Thaliabush Lane, Levittown, PA 19054-2902 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Reliance First Capital  LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Joint Debtor Brandi L. Nicol dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Debtor Samuel R. Nicol  Jr. dianamdixonesq@gmail.com |
| JOHN A. TORRENTE | on behalf of Spirit Financial Credit Union jtorrente@begleycarlin.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                          User: admin                                 Page 2 of 2
Date Rcvd: Jul 24, 2025                       Form ID: pdf900                        Total Noticed: 2

MATTHEW K. FISSEL
                on behalf of Creditor Reliance First Capital  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

REGINA COHEN
                on behalf of Creditor Ally Capital rcohen@lavin-law.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Samuel R. Nicol, Jr.                        **Bankruptcy No. 24-12143**
                and
          Brandi L. Nicol
                        **Debtors**                        **Chapter 13**


**ORDER**


**AND NOW,** this  24th       day of  July              , 2025 upon

consideration of Debtors' Counsel's Application to Approve Supplemental Fee for

services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fee in the amount of $1,400.00 is Approved for Diana M.

Dixon, Esq. in relation to services rendered for modifying the plan post confirmation.

Upon approval of the Supplemental Fee Application, the Trustee shall pay

counsel's administrative priority fee in accordance with the modified plan.


By the Court:

*Patricia M. Mayer*
_____

Judge Patricia M. Mayer

U.S. BANKRUPTCY JUDGE