UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Samuel R. Nicol, Jr. | Bankruptcy No. 24-12143 |
| And | |
| Brandi L. Nicol | |
| Debtors | Chapter 13 |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan **(Doc. #67)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Corrected Second Amended Chapter 13 Plan Post Confirmation  **(Doc. #78)** is **APPROVED**.

**Date:**  _____
**Judge Patricia M. Myer**
**U.S. BANKRUPTCY JUDGE**