UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Samuel R. Nicol, Jr. <br> And <br> Brandi L. Nicol <br> Debtors | Bankruptcy No. 24-12143 <br><br> Chapter 13 |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan **(Doc. #67)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Corrected Second Amended Chapter 13 Plan Post Confirmation **(Doc. #78)** is **APPROVED**.

**Date:** 9/23/25

*Patricia M. Mayer*
_____
**Judge Patricia M. Myer**
**U.S. BANKRUPTCY JUDGE**