United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-12143-pmm

Samuel R. Nicol, Jr.                                                          Chapter 13

Brandi L. Nicol

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Samuel R. Nicol, Jr., Brandi L. Nicol, 16 Thaliabush Lane, Levittown, PA 19054-2902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Reliance First Capital  LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Joint Debtor Brandi L. Nicol dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Debtor Samuel R. Nicol  Jr. dianamdixonesq@gmail.com |
| JOHN A. TORRENTE | on behalf of Spirit Financial Credit Union jtorrente@begleycarlin.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | |

on behalf of Creditor Reliance First Capital  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

REGINA COHEN

on behalf of Creditor Ally Capital rcohen@lavin-law.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Samuel R. Nicol, Jr.                               Bankruptcy No. 24-12143
And
Brandi L. Nicol
                    Debtors                               Chapter 13

## O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan **(Doc. #67)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Corrected Second Amended Chapter 13 Plan Post Confirmation  **(Doc. #78)** is **APPROVED**.

Date:    9/23/25

_____
**Judge Patricia M. Myer**
**U.S. BANKRUPTCY JUDGE**